AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

DEC 12 2024

MITCHELL R. ELFERS
CLERK OF COURT

United States of America )
v. )
) Case No: 24MJ1825
Alan Leyva-Vasquez )
)
)
_____ )
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of December 6, 2024 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1324(a)(1)(A)(v)(I)(Conspiracy), an offense described as follows:

engage in a conspiracy with others known and unknown to commit a violation of 8 USC 1324 (a)(1)(A)(ii)(Transporting), 1324(a)(1)(A)(iii)(harboring), and 1324(a)(1)(A)(v)(I)(Conspiracy), to wit: Conspiring to transport, or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, and to harbor such aliens in violation of law.

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Arturo Morales  BPA/HSI TFA
*Printed name and title*

Sworn to before me via telephone ~~and signed in my presence~~.

Date: December 12, 2024

_____
*Judge's signature*

City and state: Las Cruces, N.M.

Gregory B. Wormuth, Chief United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VS

Alan Leyva-Vasquez

On December 6, 2024, Border Patrol Agent (BPA) Arturo Morales (Morales) informed the Las Cruces Station that Undocumented Non-Citizens (UNC) were residing in room 107 at the Imperial Sky Motel in Las Cruces, New Mexico. The Las Cruces station apprehended six UNCs in room 107 at the Imperial Sky motel. Interview of UNCs revealed that an individual by the name of "Alan" transported the UNCs to the Imperial Sky motel and was feeding and taking care of the UNCs in room 107. BPA Morales was informed by LCPD that Alan Rigoberto LEYVA-Vasquez (LEYVA) was arrested by LCPD at the Imperial Sky motel for vehicular non-voluntary manslaughter and LEYVA stated he was the caretaker for the UNCs in room 107 at the Imperial Sky motel. LEYVA was interviewed by Border Patrol and HSI. LEYVA admitted that he conspired with known individuals to transport and harbor UNCs. LEYVA admitted to crossing the border illegally one month before and LEYVA knew the people he picked up near the border were UNCs.

CONCLUSION

1. Based on the aforementioned facts, your Affiant believes that there is probable cause to believe that Alan Leyva-Vasquez violated Title 8 United States Code, Section 1324(a)(1)(A)(v)(I)(Conspiracy).

2. AUSA Aaron Jordan was contacted and was presented the case for prosecution. The case was accepted based on the aforementioned facts; Alan LEYVA-Vasquez will be charged under 1324(a)(1)(A)(v)(I)(Conspiracy).

HONORABLE Gregory B. Wormuth

Chief United States Magistrate Judge

Arturo Morales

Border Patrol Agent/HSI TFO