# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable BARBARA S. EVANS

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **24-MJ-1825** | Date: | **12/13/2024** | Recording Information: | **LCR SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **JoAnn Standridge** | Type of Hearing: | | **INITIAL APPEARANCE – MATERIAL WITNESSES** | |

| Material Witness(es): | Attorney(s): | | Appt'd. | Ret'd. |
|---|---|---|---|---|
| **ARNOLDO CANALES-CAMPOS** | **STEVEN ALMANZA** | | ☒ | ☐ |
| **RODRIGO CACHO-SANCHEZ** | **STEVEN ALMANZA** | | ☒ | ☐ |
| **OSCAR PIRIR-GOLIA** | **STEVEN ALMANZA** | | ☒ | ☐ |
| Assistant U.S. Attorney: | **GRANT GARDNER** | Interpreter: | **RACHEL ALBIN** | |
| Probation Officer: | **DIANA LOPEZ** | Court in Session: | **10:24 – 10:30 A.M.   6 MIN** | |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Material Witnesses regarding his/her physical and mental condition, DOB |
| ☐ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants  ☒ Government's  ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of show cause hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Defendant admitted violation; Matter referred to the District Judge for a Disposition Hearing |
| ☒ | Material Witnesses in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: MAT WITS ADVISED OF STATUS; MAT WITS CANALES-CAMPOS AND PIRIR-GOLIA TO BE PLACED W/THIRD-PARTY CUSTODIAN OR AT A HALFWAY HOUSE, WHEN A BED BECOMES AVAILABLE AND UNDER PRETRIAL SUPERVISION. MAT WIT CACHO-SANCHEZ REMAIN IN CUSTODY |